No. 444, Misc. PENA v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 453, Misc. GROZA v. PREFERRED RISK MUTUAL INSURANCE CO. ET AL. Sup. Ct. Cal. Certiorari denied.

No. 455, Misc. COTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Raymond E. Sutton* for petitioner. *Solicitor General Marshall* for the United States.

No. 458, Misc. PELLICONE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 460, Misc. HARTFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 461, Misc. PERREA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 462, Misc. MANDERSON v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 463, Misc. SASSER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 464, Misc. GRAVES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Phill Silver* for petitioner.

No. 467, Misc. RAY v. RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Sup. Ct. Wash. Certiorari denied.